# EXHIBIT 1

WRITER'S FLAT DEAL CONTRACT

(Short Form; complete screenplay, no options)

EMPLOYMENT AGREEMENT between The Manny Company

(hereinafter sometimes referred to as "Company") and Victor Miller

_____ (hereinafter sometimes referred to as "Writer"),

dated this _____ day of _____, 19____.

    1. The Company employs the Writer to write a complete and finished screenplay for a proposed motion picture to be budgeted at $ under $1 million, and presently entitled or designated Friday 13 and including the following:

- ( ) Treatment
- ( ) Original Treatment
- ( ) Story
- (x) First draft screenplay
- (x) Final draft screenplay
- ( ) Rewrite of screenplay

based upon (describe form of material & title)_____

_____

written by_____.

    2. (a) The Writer represents that (s)he is a member in good standing of the Writers Guild of America, (West or East), Inc., and warrants that (s)he will maintain his/her membership in the Writers Guild of America, (West or East), Inc., in good standing during the term of this employment.

    (b) The Company warrants it is a party to the WGA 1977 Theatrical and Television Basic Agreement (which agreement is herein designated MBA).

    (c) Should any of the terms hereof be less advantageous to the Writer than the minimums provided in said MBA, then the terms of the MBA shall supersede such terms hereof; and in the event this Agreement shall fail to provide for the Writer the benefits which are provided by the MBA, then such benefits for the Writer provided by the terms of the MBA are deemed incorporated herein. Without limiting the generality of the foregoing, it is agreed that screen credits for authorship shall be determined pursuant to the provisions of Schedule A of the MBA in accordance with its terms at the time of such determination.

    3. The Company will pay to the Writer as full compensation for his services hereunder the sum of Nine thousand two hundred eighty-two DOLLARS ($ 9,282 ), payable as follows:

(Continued)

(3/77)

Case 3:16-cv-01442-SRU   Document 1-1   Filed 08/24/16   Page 3 of 3

(2)

      (a) Not less than _____ DOLLARS ($ _____ ) shall be paid not later than the first regular weekly pay day of the Company following the expiration of the first week of the Writer's employment.

      (b) _____ DOLLARS ($ _____ ) shall be paid within forty-eight (48) hours after delivery of the TREATMENT, ORIGINAL TREATMENT or STORY, whichever is appropriate, to the Company.

      (c) <u>Five thousand five hundred sixty-nine</u> DOLLARS ($ 5,569 ) shall be paid within forty-eight (48) hours after delivery of the FIRST DRAFT SCREENPLAY to the Company; and

      (d) <u>Three thousand seven hundred and thirteen</u> DOLLARS ($ 3,713 ) shall be paid within forty-eight (48) hours after delivery of the FINAL DRAFT SCREENPLAY.

      (e) _____ DOLLARS ($ _____ ) shall be paid within forty-eight (48) hours after delivery of the REWRITE.

    4. The Writer will immediately on the execution hereof diligently proceed to render services hereunder and will so continue until such services are completed.

    5. On delivery of a treatment to the Company, the Company may call for changes within three (3) days thereafter; if the Company fails in writing to call for any such changes, the treatment shall be deemed approved, and the Writer shall proceed with the first draft screenplay based on such treatment or adaptation.

    On delivery of a first draft screenplay to the Company, the Company may call for changes within three (3) days thereafter; if the company fails in writing to call for any such changes, the first draft screenplay shall be deemed approved, and the Writer shall proceed with the final draft screenplay.

    On delivery of the final draft screenplay to the Company, the Company may call for changes within three (3) days thereafter; if the Company fails in writing to call for any such changes, the final draft screenplay shall be deemed approved.

    6. This contract is entire, that is, the services contemplated hereunder include all of the writing necessary to complete the final screenplay above described, and this Agreement contemplates payment of the entire agreed upon compensation.

_____
(Writer)

Address 726 Broad St.

      Stratford, Conn. 06497

The Manny Company
(Company)

By _____

Title (Sean S. Cunningham)
     General Partner

Address 155 Long Lots Road

      Westport, Connecticut 06880