# EXHIBIT 2

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA  81-093**

PA / PAU

EFFECTIVE DATE OF REGISTRATION

2 / 26 / 80
(Month) (Day) (Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**① Title**

TITLE OF THIS WORK: **FRIDAY THE 13TH**

NATURE OF THIS WORK: (See instructions)
motion picture photoplay in 95 minutes

PREVIOUS OR ALTERNATIVE TITLES:

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1. NAME OF AUTHOR: **Georgetown Productions, Inc.**
   Was this author's contribution to the work a "work made for hire"? Yes **X** No
   AUTHOR'S NATIONALITY OR DOMICILE: Citizen of **USA** or Domiciled in _____
   AUTHOR OF: (Briefly describe nature of this author's contribution) **entire work (see Space "6")**
   DATES OF BIRTH AND DEATH: Born ____ Died ____
   WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes No  Pseudonymous? Yes No

2. NAME OF AUTHOR: _____

3. NAME OF AUTHOR: _____

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year **1980**

DATE AND NATION OF FIRST PUBLICATION:
Date: **April 18, 1980**
Nation: **U.S.A.**

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Georgetown Productions, Inc.
c/o Paramount Pictures Corporation
1 Gulf and Western Plaza
New York, New York 10023

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- Follow detailed instructions attached • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| | EXAMINED BY RW | APPLICATION RECEIVED | |
|---|---|---|---|
| | CHECKED BY GN | SEP 04 1980 | |
| | CORRESPONDENCE ☐ Yes | DEPOSIT RECEIVED SEP 26 1980 | FOR COPYRIGHT OFFICE USE ONLY |
| PA 81-093 | DEPOSIT ACCOUNT FUNDS USED ☒ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON).**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes ___  No  X

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number _____  Year of Registration _____

**(5) Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
Some of the musical compositions in the sound track.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Screenplay, remaining musical compositions and other literary and cinematographic materials.

**(6) Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Brylawski & Cleary
Account Number: DA 050385

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: E. Fulton Brylawski
Address: 224 East Capitol Street
Washington, D.C. 20003

**(7) Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author  ☐ other copyright claimant  ☐ owner of exclusive rights  ☒ authorized agent of Georgetown Productions, Inc.
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Debra Acevedo
Typed or printed name: Debra Acevedo
Date 9/3/80

**(8) Certification**

**MAIL CERTIFICATE TO**
Brylawski & Cleary
(Name)
224 East Capitol Street
(Number, Street and Apartment Number)
Washington, D.C. 20003
(City)   (State)   (ZIP code)

(Certificate will be mailed in window envelope)

**(9) Address For Return of Certificate**

* 17 U.S.C. §506(e): FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1980-311-425/6

Jan. 1978—150,000