**FILED**

2016 SEP 14  PM 4: 57

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| HORROR, INC., AND THE MANNY COMPANY | ) |
| *Plaintiff* | ) |
| v. | ) Case No.  16-cv-1442 |
| VICTOR MILLER | ) |
| *Defendant* | ) |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Victor Miller, Defendant

Date:   **September 14, 2016**

*Attorney's signature*

John J. Martin, Jr.  ct30104

*Printed name and bar number*

**PO Box 1350 Fairfield CT, 06825**

*Address*

**jhnjmartin@att.net**

*E-mail address*

**(917) 902-8872**

*Telephone number*

**NA**

*FAX number*

*Rev. 5/4/2011*

# CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2016, a copy of the foregoing motion has been served by mailing said copy on September 14, 2016, via first-class mail, postage prepaid, to Plaintiff's attorney of record.

> Edmund J. Ferdinand
> Ferdinand IP, LLC
> 129 Post Road East
> Westport, CT 06880

Dated: September 14, 2016

J. Martin Business Law Group, LLC

By: _____
John J. Martin
Attorney for Defendant Victor Miller