UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HORROR, INC., a Massachusetts corporation; and MANNY COMPANY, a Connecticut Limited Partnership,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　- against -<br><br>VICTOR MILLER, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 3:16-cv-01442-SRU<br><br><br><br><br>March 30, 2017 |

**JOINT MOTION FOR AMENDMENT OF THE SCHEDULING ORDER**

　　　　Plaintiffs and Counterclaim Defendants Horror, Inc. and The Manny Company (collectively, "Plaintiffs"), and Defendant and Counterclaimant Victor Miller ("Miller"), pursuant to Rule 26 of the Federal Rules of Civil Procedure, respectfully move the Court for an order amending the Scheduling Order and, more specifically, granting a limited extension of time for the completion of percipient witness depositions and expert witness designations and depositions, and for the filing of dispositive motions.  In support of the motion, the parties respectfully show unto the Court as follows:

　　　　1.　　In December 2016, the parties exchanged initial disclosures, and each party made an initial production of documents.  Thereafter, the parties each served follow-up document documents requests, and the parties are continuing to meet and confer to complete their

1

08226-00016/2771586.3

respective document productions.  In addition, Plaintiffs believe that documents directly relevant to the parties' claims and defenses in this action are primarily in the possession, custody, and control of third parties.

2. Therefore, beginning at the end of November 2016, Plaintiffs served subpoenas on the custodians of records of four third party entities.  Plaintiffs contend that it is necessary to obtain the documents in the possession, custody or control of the subpoenaed third party entities prior to taking percipient witness depositions.   Both parties agreed that it was more prudent, to obtain any relevant documents from third parties prior to taking the depositions of fact witnesses.  Both parties also agreed that any designated expert witnesses should have access to the documents and information produced by the third party entities prior to preparing and exchanging expert witness reports.

3. Plaintiffs have worked cooperatively with the subpoenaed third party entities to obtain responsive documents.  However, the third party entities have taken longer than expected to produce responsive documents.  In particular, one of the third party entities did not begin producing documents until March 24, 2017.  Given this late production, the parties are just beginning to review these documents, and are continuing to work cooperatively with the third party entities to make sure that their productions are complete.

4. As a result of the delays in obtaining third party documents, the parties have not yet taken fact witness depositions or designated expert witnesses.  Given the recent production of documents from the final third party entity, the parties expect to promptly move forward with completing fact discovery, and expert witness designations and discovery.

5. Accordingly, the parties seek a brief, approximately 60-day extension of the deadlines in the original Scheduling Order to allow them to complete percipient witness

discovery, and expert witness designations and discovery. The proposed revised Scheduling Order includes only a brief, 3 ½ week extension of the deadline to file dispositive motions. In accordance with Local Rule 7, the parties propose the briefing schedule set forth below. The parties previously informally agreed to postpone all non-filing deadlines pending the Court's ruling on their requested modification of the Scheduling Order. Specifically, the parties' respectfully request that the Scheduling Order be modified, as follows:

| EVENT | ORIGINAL DATE | PROPOSED FURTHER EXTENSION AND MODIFICATION TO SCHEDULING ORDER |
|---|---|---|
| Exchange of Opening Expert Witness Reports | March 4, 2017 | **May 5, 2017** |
| Deadline to Complete Fact Witness Depositions | March 24, 2017 | **May 19, 2017** |
| Deadline to Complete Fact Discovery | March 24, 2017 | **May 19, 2017** |
| Exchange of Responsive Expert Witness Reports | March 24, 2017 | **May 19, 2017** |
| Deadline to Complete Expert Witness Discovery | April 24, 2017 | **June 2, 2017** |
| Deadline to Complete Expert Witness Depositions | April 24, 2017 | **June 2, 2017** |
| Deadline to File Dispositive Motions | May 15, 2017 | **June 9, 2017** |
| Deadline to File Oppositions to Dispositive Motions | N/A | **June 30, 2017** |
| Deadline to File Reply Briefs in Support of Dispositive Motions | N/A | **July 14, 2017** |

6.       Therefore, pursuant to Local Rule 16(b), good cause exists to modify the Scheduling Order, as set forth above. At the time the original Scheduling Order was set, the parties did not expect the unforeseen delays in obtaining third party documents, and reasonably

3

believed that all documents would be obtained, and depositions, would be completed by the original deadline.  Given the delays in obtaining third party documents, the parties have not yet conducted fact witness depositions.  These depositions are necessary and must be completed prior to the filing of dispositive motions.

For each of the foregoing reasons, the parties respectfully request that the Court modify the Scheduling Order, as set forth above.

Respectfully submitted,

Dated: March 31, 2017

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: */s/ Julia R. Haye*
BONNIE E. ESKENAZI (SBN 119401)
BEskenazi@GreenbergGlusker.com
JULIA R. HAYE (SBN 198138)
JHaye@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687
(Admission *Pro Hac Vice*)

and

EDMUND J. FERDINAND, III (ct21287)
jferdinand@24iplg.com
ALEXANDER R. MALBIN (ct29419)
amalbin@24iplg.com
JESSICA S. RUTHERFORD (ct27273)
jrutherford@24iplg.com
129 Post Road East
Westport, Connecticut 06880
Telephone: 203.557.4224
Fax: 203.905.6747

*Attorneys for Plaintiffs,
Horror, Inc. and Manny Company*

Dated: March 31, 2017 TOBEROFF & ASSOCIATES, PC

By: */s/ Marc Toberoff*
MARC TOBEROFF (SBN 188547)
mtoberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES
23823 Malibu Road, Suite 50-363
Malibu, CA  90265
Telephone:  310-246-3333
Fax:  310-246-3101
(Admission *Pro Hac Vice*)

and

John J. Martin (ct30104)
jhnjmartin@att.net
J MARTIN BUSINESS LAW GROUP, LLC
PO Box 1350
Fairfield, CT 06825
Telephone: 917-902-8872

*Attorneys for Defendant,*
*Victor Miller*