UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Horror Inc.
Manny Company

      v.                            3:16cv1442(SRU)

Victor Miller
Doe

## J U D G M E N T

This cause came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendant's motion for summary judgment and plaintiff's motion for partial summary judgment.

The Court has reviewed all the papers filed in conjunction with the motion and on September 28, 2018 entered an order granting the defendant's motion for summary judgment and denying plaintiff's motion for partial summary judgment.

Therefore, it is ORDERED, ADJUDGED AND DECREED that judgment shall entered in favor of the defendants and the matter closed.

Dated at Bridgeport, Connecticut this 28th of September, 2018.

                                                        ROBIN D. TABORA, Clerk

                                                        By    /s/ Maria Corriette
                                                             Maria Corriette
                                                             Deputy Clerk

Entered on the Docket 09/28/2018