UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HORROR INC., a Massachusetts corporation; and MANNY COMPANY, a Connecticut Limited Partnership,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>VICTOR MILLER, an individual; and DOES 1 through 10,<br><br>　　　　　Defendants.<br><br>VICTOR MILLER, an individual;<br><br>　　　　　Counterclaimant,<br>　vs.<br><br>HORROR INC., a Massachusetts corporation; and MANNY COMPANY, a Connecticut Limited Partnership; and DOES 1 through 10,<br><br>　　　　　Counterclaim-Defendants. | Case No.: No. 3:16-cv-01442-SRU<br><br>**October 9, 2018** |

**JOINT STIPULATION RE: ATTORNEY'S FEES AND COSTS**

　　　　　　　　　　　　　　　　Marc Toberoff (Federal Bar No. phv08515)
　　　　　　　　　　　　　　　　*mtoberoff@toberoffandassociates.com*
　　　　　　　　　　　　　　　　TOBEROFF & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　23823 Malibu Rd, Ste 50-363
　　　　　　　　　　　　　　　　Malibu, California, 90265
　　　　　　　　　　　　　　　　Telephone: (310) 246-3333
　　　　　　　　　　　　　　　　Fax: (310) 246-3101

　　　　　　　　　　　　　　　　Attorneys for Defendant and
　　　　　　　　　　　　　　　　Counterclaimant Victor Miller

This Stipulation, entered into by and between Plaintiffs and Counter-Defendants Horror, Inc. and Manny Company ("Horror/Manny") and Defendant and Counterclaimant Victor Miller ("Miller"), is based upon the following:

1. On September 28, 2018, the Court granted Miller's Motion for Summary Judgment and entered Judgment in favor of Miller. Dkts. 73, 74.

2. Miller now anticipates seeking statutory attorney's fees and costs in this matter. To present Miller's request for fees and costs and Horror/Manny's response thereto to the Court in an orderly manner, the parties have agreed to the meet-and-confer schedule and briefing schedule set forth below. The parties stipulate and agree that the below schedule will promote clarity and judicial economy in order for the Court to consider the parties' respective positions regarding attorney's fees and costs in this matter.

BASED UPON THE FOREGOING, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, as follows:

1. Within 21 days of the entry of this Stipulation by the Court, Miller shall provide to Horror/Manny a draft Joint Statement stating the hours, rates, and costs on which Miller's request for attorney's fees and costs will be based;

2. Within 14 days thereafter, the parties shall meet and confer regarding Miller's request for attorney's fees and costs;

3. Within 7 days thereafter, Miller shall provide to Horror/Manny a final version of the Joint Statement stating the hours, rates, and costs on which Miller's request for attorney's fees and costs will be based;

4.       Within 14 days thereafter, Horror/Manny shall provide to Miller Horror/Manny's response(s) to the Joint Statement, stating Horror/Manny's position(s) regarding any disputed hours, rates, or cost items;

5.       Within 7 days thereafter, Miller shall file any motion(s) seeking attorney's fees or costs, along with the final Joint Statement reflecting the parties' positions;

6.       Within 21 days thereafter, Horror/Manny shall file any opposition(s) to Miller's motion(s); and

7.       Within 14 days thereafter, Miller may file any reply/replies (if any) in support of motion(s) seeking attorney's fees or costs.

Dated: October 9, 2018

By:    */s/ Marc Toberoff*
       Marc Toberoff

Marc Toberoff (Federal Bar No. phv08515)
*mtoberoff@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Rd, Ste 50-363
Malibu, California, 90265
Telephone: (310) 246-3333
Fax: (310) 246-3101

Attorneys for Defendant and Counterclaimant
Victor Miller

By:    */s/ Julia R. Haye*
BONNIE E. ESKENAZI (SBN 119401)
BEskenazi@GreenbergGlusker.com
JULIA R. HAYE (SBN 198138)
JHaye@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Telephone: 310.553.3610
Fax: 310.553.0687
(Admission *Pro Hac Vice*)
*Attorneys for Plaintiffs,*
Horror, Inc. and Manny Company

Edmund J. Ferdinand, III (ct21287)
jferdinand@24iplg.com
Alexander R. Malbin (ct27273)
amalbin@24iplg.com
Jessica S. Rutherford (ct29419)
jrutherford@24iplg.com
FERDINAND IP, LLC
1221 Post Road East, Suite 302
Westport, Connecticut 06880
Telephone: (203) 557-4224
Fax: (203) 905-6747