UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HORROR, INC., a Massachusetts corporation; and MANNY COMPANY, a Connecticut Limited Partnership, Plaintiffs,<br><br>- against -<br><br>VICTOR MILLER, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:16-cv-01442-SRU<br><br>**October 18, 2018** |

## NOTICE OF APPEAL

| | |
|---|---|
| Edmund J. Ferdinand, III (ct21287)<br>jferdinand@24iplg.com<br>Alexander R. Malbin (ct27273)<br>amalbin@24iplg.com<br>Jessica S. Rutherford (ct29419)<br>jrutherford@24iplg.com<br>FERDINAND IP, LLC<br>1221 Post Road East, Suite 302<br>Westport, Connecticut 06880<br>Telephone: (203) 557-4224<br>Fax: (203) 905-6747 | Bonnie E. Eskenazi (CA SBN 119401)<br>BEskenazi@GreenbergGlusker.com<br>Julia R. Haye (CA SBN 198138)<br>JHaye@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS<br>CLAMAN & MACHTINGER LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, California 90067-4590<br>Telephone: (310) 553-3610<br>Fax: (310) 553-0687<br>(Admission *Pro Hac Vice*)<br><br>*Attorneys for Plaintiffs and Counterclaim Defendants Horror, Inc. and Manny Company* |

Notice is hereby given that Plaintiffs Horror, Inc. and Manny Company ("Plaintiffs") in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on September 28, 2018.

Dated: October 18, 2018

Respectfully submitted,

By: *[signature: Bonnie Eskenazi]*

Edmund J. Ferdinand, III (ct21287)
jferdinand@24iplg.com
Alexander R. Malbin (ct27273)
amalbin@24iplg.com
Jessica S. Rutherford (ct29419)
jrutherford@24iplg.com
FERDINAND IP, LLC
1221 Post Road East, Suite 302
Westport, Connecticut 06880
Telephone: (203) 557-4224
Fax: (203) 905-6747

BONNIE E. ESKENAZI (SBN 119401)
BEskenazi@GreenbergGlusker.com
JULIA R. HAYE (SBN 198138)
JHaye@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687
(Admission *Pro Hac Vice*)

*Attorneys for Plaintiffs,*
*Horror, Inc. and Manny Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2018, a true and correct copy of the foregoing **NOTICE OF APPEAL** was filed electronically. Notice of this filing will be sent to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: *Bonnie Eskenazi* (signature)

EDMUND J. FERDINAND, III (ct21287)
jferdinand@24iplg.com
ALEXANDER R. MALBIN (ct29419)
amalbin@24iplg.com
JESSICA S. RUTHERFORD (ct27273)
jrutherford@24iplg.com
129 Post Road East
Westport, Connecticut 06880
Telephone: 203.557.4224
Fax: 203.905.6747

BONNIE E. ESKENAZI (SBN 119401)
BEskenazi@GreenbergGlusker.com
JULIA R. HAYE (SBN 198138)
JHaye@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687
(Admission *Pro Hac Vice*)

*Attorneys for Plaintiffs,
Horror, Inc. and Manny Company*

2