# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of February, two thousand and nineteen,

Horror Inc., a Massachusetts corporation, Manny Company, a Connecticut Limited Partnership,

**ORDER**
Docket No. 18-3123

    Plaintiffs-Counter-Defendants-Appellants,

v.

Victor Miller, an individual,

    Defendant-Counter-Claimant-Appellee,

Does, 1 through 10, inclusive,

    Defendants.

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/11/2019