# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of April, two thousand and nineteen,

Horror Inc., a Massachusetts corporation, Manny Company, a Connecticut Limited Partnership,

    **ORDER**
    Docket No. 18-3123

    Plaintiffs-Counter-Defendants-Appellants,

v.

Victor Miller, an individual,

    Defendant-Counter-Claimant-Appellee,

Does, 1 through 10, inclusive,

    Defendants.

    This appeal was withdrawn subject to reinstatement upon terms agreed to by the parties.

    Counsel for the appellant has submitted a timely notice of reinstatement.

    IT IS HEREBY ORDERED that the appeal is reinstated.

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04/12/2019